■ BRENT C. CALEB et al., Respondents, v SEVENSON ENVIRONMENTAL SERVICES, INC., Appellant. (Appeal No. 2.) [796 NYS2d 271]—Appeal from an amended order of the Supreme Court, Orleans County (James P. Punch, A.J.), entered May 25, 2004. The amended order denied defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Kolasz v Levitt*, 63 AD2d 777, 779 [1978]). Present—Pigott, Jr., P.J., Green, Gorski, Martoche and Smith, JJ.